IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEREE MOSLEY, individually and on behalf of all persons similarly situated,<br>    Plaintiff,<br><br>v.<br><br>SUCCESSFUL AGING CARE NET, INC.,<br>    Defendant. | :<br>:<br>:<br>:<br>: Civ. No. 25-1536<br>:<br>:<br>: |

## O R D E R

**AND NOW**, this 12th day of November, 2025, it having been reported that the issues in the above-matter have been resolved, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court and Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs. This Order of Dismissal may be vacated, modified, or stricken from the record, for good cause shown, upon the application of any party served within ninety (90) days of the entry of this Order.

AND IT IS SO ORDERED.

_/s/ Paul S. Diamond_
Paul S. Diamond, J.